# UNITED STATES BANKRUPTCY COURT

## District of Puerto Rico

In re  SAMUEL BEZARES GOMEZ, INC.                ,
              *Debtor*

Case No.  10-07613

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  SEPTEMBER 2010

Date filed: _____

Line of Business:  RESTAURANT

NAISC Code:  722110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

FRANCISCO NEGRON ROSARIO
Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | **Yes** | **No** |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 44,657.65 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,664.00 |
| Cash on Hand at End of Month | $ | 1,433.55 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 1,433.55 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 47,641.73 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 44,657.65 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 47,641.73 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -2,984.08 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $    3,126.03

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $    0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    12

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    12

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 65,000.00 | $ 44,657.65 | $ -20,342.35 |
| EXPENSES | $ 64,331.00 | $ 47,641.73 | $ -16,689.27 |
| CASH PROFIT | $ 669.00 | $ -2,984.08 | $ -3,653.10 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 65,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 64,331.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 669.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# SAMUEL BEZAREZ GOMEZ, INC.
## Account Reconciliation
## As of Sep 30, 2010
## 10200 - Regular Checking Account
## Bank Statement Date: September 30, 2010

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 1,861.30 |
| Add: Cash Receipts | 25,863.34 |
| Less: Cash Disbursements | (23,605.93) |
| Add (Less) Other | (3,592.46) |
| Ending GL Balance | 526.25 |
| Ending Bank Balance | 526.25 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 526.25 |

# SAMUEL BEZAREZ GOMEZ, INC.
## Bank Deposit Report
### For the Period From Sep 1, 2010 to Sep 30, 2010
### 10200 - Regular Checking Account

Filter Criteria includes: Report order is by Deposit Ticket ID. Report is printed in Detail Format.

| Deposit Ticket ID | Deposit Ticket Date | Receipt Date | Reference | Description | Amount |
|---|---|---|---|---|---|
| DE09-001 | 9/29/10 | 9/22/10 | DE09-001 | DEPOSITO VENTAS | 515.00 |
| | | | | **Total Deposit** | **515.00** |
| DE09-002 | 9/30/10 | 9/29/10 | DE09-002 | DEPOSITO VENTAS | 4,200.00 |
| | | | | **Total Deposit** | **4,200.00** |
| DE09-003 | 9/30/10 | 9/30/10 | DE09-003 | DEPOSITO VENTAS | 2,000.00 |
| | | | | **Total Deposit** | **2,000.00** |
| DE09-010 | 9/14/10 | 9/14/10 | DE09-010 | DEPOSITO | 1,865.42 |
| | | | | **Total Deposit** | **1,865.42** |
| DE09-011 | 9/15/10 | 9/15/10 | DE09-011 | DEPOSITO | 293.19 |
| | | | | **Total Deposit** | **293.19** |
| DE09-012 | 9/17/10 | 9/17/10 | DE09-012 | OTROS CREDITOS ATH | 16,989.73 |
| | | | | **Total Deposit** | **16,989.73** |
| | | | | **Total Deposits for the Period** | **25,863.34** |

# SAMUEL BEZAREZ GOMEZ, INC.
## Check Register
### For the Period From Sep 1, 2010 to Sep 30, 2010

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Account | Amount |
|---|---|---|---|---|
| 100 | 9/13/10 | LIGHT GAS INC. | GAS | $ 387.60 |
| 101 | 9/16/10 | PEPSICOLA DE PR | COMPRAS | 158.22 |
| 102 | 9/22/10 | RAMON ALAMO | VERDURAS | 715.00 |
| 103 | 9/20/10 | LIGHT GAS INC. | GAS | 419.90 |
| 104 | 9/24/10 | PEPSICOLA DE PR | COMPRAS | 92.10 |
| 105 | 9/27/10 | VOID | N/A | - |
| 106 | 9/27/10 | LIGHT GAS INC. | GAS | 403.75 |
| 107 | 9/28/10 | AUT. DE ENERGIA ELEC | UTILIDADES | 764.75 |
| 108 | 9/28/10 | VOID | N/A | - |
| 109 | 9/28/10 | VOID | N/A | - |
| 110 | 9/28/10 | VOID | N/A | - |
| 111 | 9/29/10 | SAMUEL BEZARES GOMEZ | COMPRAS | 3,200.00 |
| 112 | 9/29/10 | VOID | N/A | - |
| 113 | 9/29/10 | VOID | N/A | - |
| 114 | 9/29/10 | VOID | N/A | - |
| 115 | 9/29/10 | VOID | N/A | - |
| 116 | 9/29/10 | VOID | N/A | - |
| 117 | 9/29/10 | VOID | N/A | - |
| 118 | 9/29/10 | VOID | N/A | - |
| 119 | 9/29/10 | VOID | N/A | - |
| 120 | 9/29/10 | VOID | N/A | - |
| 121 | 9/29/10 | VOID | N/A | - |
| 122 | 9/29/10 | VOID | N/A | - |
| 123 | 9/29/10 | VOID | N/A | - |
| 124 | 9/29/10 | VOID | N/A | - |
| 125 | 9/29/10 | VOID | N/A | - |
| 126 | 9/29/10 | VOID | N/A | - |
| 127 | 9/29/10 | VOID | N/A | - |
| 128 | 9/29/10 | VOID | N/A | - |
| 129 | 9/29/10 | VOID | N/A | - |
| 130 | 9/30/10 | SAMUEL BEZARES GOMEZ | COMPRAS | 2,000.00 |
| 1631 | 9/1/10 | PEPSICOLA DE PR | COMPRAS | 92.10 |
| 1634 | 9/1/10 | RG MORTGAGE | A/R-SBG (PAGO HIP) | 3,094.70 |
| 1635 | 9/1/10 | RG MORTGAGE | A/R-SBG (PAGO HIP) | 3,588.00 |
| 1636 | 9/6/10 | LIGTH GAS | GAS | 875.63 |
| 1637 | 9/8/10 | EFECTIVO - SBG | COMPRAS | 900.00 |
| 1638 | 9/9/10 | EFECTIVO - SBG | COMPRAS | 460.00 |
| 1639 | 9/10/10 | PEPSICOLA DE PR | COMPRAS | 278.19 |
| 1640 | 9/11/10 | EFECTIVO - SBG | COMPRAS | 600.00 |
| 1641 | 9/14/10 | EFECTIVO - SBG | COMPRAS | 1,849.27 |
| 1651 | 9/1/10 | AUT. DE ENERGIA ELEC | UTILIDADES | 3,726.72 |
| **Total** | | | | **$ 23,605.93** |


# BANCO POPULAR

10C

24894

SAMUEL BEZARES GOMEZ
D/B/A REST EL MARIACHI
PMB #340 AVE.RAFAEL CORDERO #200
SUITE 140
CAGUAS PR  00725

## FLEXICUENTA DE NEGOCIOS

Página 1 _____

Número de Cuenta
## 137-012950

| SAMUEL BEZARES GOMEZ |

---

# Resumen de su FlexiCuenta

## ▮ FlexiCheques

| | | |
|---|---|---|
| Balance Inicial | | $1,861.30 |
| 14 Depósitos | + | 17,282.92 |
| 00 Transferencias Internas a FlexiCheques | + | 0.00 |
| 21 Retiros | - | 19,040.10 |
| 00 Transferencias Internas de FlexiCheques | - | 0.00 |
| Cargos por Servicios | | 14.00 |
| *Balance Final* | | **$90.12** |

## ▮ FlexiLínea

| | | |
|---|---|---|
| Balance Inicial | | $0.00 |
| 00 Pagos | - | 0.00 |
| 00 Adelantos | + | 0.00 |

| | |
|---|---|
| *Línea en uso a 9-30* | **$0.00** |
| *Pago mínimo adeudado* | **$0.00** |
| *Fecha de vencimiento del pago* | **09/30/10** |
| *Línea no utilizada* | **$0.00** |
| *Garantizada con FlexInversión* | **$0.00** |

**TELEBANCO COMERCIAL** le ofrece la forma mas rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.

Usted puede obtener información de:

- Balances en sus cuentas
- Balance en FlexiLínea
- Cheques pagados
- 10 últimos depósitos
- Préstamos comerciales

A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de Web Cash Manager.

Llame al 756-9130 ó 1-888-756-9130

---

# Detalle de la actividad de su FlexiCuenta

## ▮ FlexiCheques        *Balance inicial*        $1,861.30

### *Depósitos*

#### *Hojas de Depósito*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-15 | 346000016 | Depósito  Número     40 | 293.19 |
| | | *01 Total de hojas de depósito* | **$293.19** |

## **BANCO POPULAR.**

Desde:
| 01 de septiembre de 2010 |

Hasta:
| 30 de septiembre de 2010 |

FLEXICUENTA DE NEGOCIOS

Página 2

Número de Cuenta
**137-012950**

| SAMUEL BEZARES GOMEZ |

## *Depósitos (continuación)*

### *Otros Créditos*

| Fecha | Referencia | Descripción | Cantidad |
|-------|-----------|-------------|----------|
| 09-01 | 2010007653 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,118.62 |
| 09-02 | 2010009185 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,014.52 |
| 09-03 | 2010009722 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 963.86 |
| 09-07 | 2010009401 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 2,363.94 |
| 09-07 | 2010023222 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 2,305.78 |
| 09-07 | 2010033933 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,532.42 |
| 09-07 | 2010044925 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,131.21 |
| 09-08 | 2010009034 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 449.42 |
| 09-09 | 2010009237 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 570.46 |
| 09-10 | 2010009557 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,011.44 |
| 09-13 | 2010009359 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 1,765.93 |
| 09-13 | | EFT Payment Devuelto SF | 2,636.90 |
| 09-17 | 2010009691 | Depósito Xxxxxx7151 BPPR Mrch. Dep CR Memo | 125.23 |

|  | *13 Total de otros depósitos* | 16,989.73 |
|--|------------------------------|-----------|
|  | *14 Total de depósitos* | $17,282.92 |

## *Retiros*

### *Cheques Pagados*

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|------------------|-------|-----------|----------|------------------|-------|-----------|----------|
| 00001631 | 09-01 | 220330113 | 92.10 | 00001638 | 09-09 | 110614422 | 460.00 |
| 00001634 | 09-01 | 282035117 | 3,094.70 | 00001639 | 09-14 | 110916896 | 278.19 |
| 00001635 | 09-01 | 282035118 | 3,588.00 | 00001640 | 09-13 | 220230257 | 600.00 |
| 00001636 | 09-09 | 220410057 | 875.63 | 00001641 | 09-14 | 110125253 | 1,849.27 |
| 00001637 | 09-08 | 220424254 | 900.00 | 00001651 | 09-02 | 282015431 | 3,726.72 |

|  |  |  |  | *10 Cheques Pagados* |  |  | $15,464.61 |
|--|--|--|--|---------------------|--|--|-----------|

### *Otros Débitos*

| Fecha | Referencia | Descripción | Cantidad |
|-------|-----------|-------------|----------|
| 09-01 | 44002365817 | Pago Xxxxxx7151 BPPR Merchant Discount | 719.61 |
| 09-01 | 43002217777 | Pago Feb.-09 Dealer de Autos. Dealers | 59.90 |
| 09-01 | 44002405896 | Pago Xxxxxx7151 BPPR Merchant DR Sys Fee | 23.00 |
| 09-01 | 44002383998 | Pago Xxxxxx7151 BPPR Merchant DR Intchg | 20.97 |

# BANCO POPULAR.

Desde:
01 de septiembre de 2010
Hasta:
30 de septiembre de 2010

## FLEXICUENTA DE NEGOCIOS

Página 3

Número de Cuenta
**137-012950**

SAMUEL BEZARES GOMEZ

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-01 | 282035118 | Cargo Cheques Pagados SF    2 | 30.00 |
| 09-02 | 282015431 | Cargo Cheque Pagado SF | 15.00 |
| 09-09 | 220410057 | Cargo Cheque Pagado SF | 15.00 |
| 09-13 | 56005084970 | Pago              Xxxxxx1145 Triple S Salud, | 2,636.90 |
| 09-13 | 56005084970 | Cargo EFT Devuelto SF | 15.00 |
| 09-14 | 110916896 | Cargo Cheque Pagado SF | 15.00 |
| 09-30 | | Cargo Finan por Sobregiro | 25.11 |
| | | 11 Total de otros retiros | $3,575.49 |
| | | 21 Total de retiros | $19,040.10 |

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento FlexiCheques | | 10.00 |
| 01 Hojas de Depósito | | |
| 10 Cheque Pagados | | |
| 00 Transacciones en Exceso de   35 | 0.50 | 0.00 |
| Cargo por Sobregiro Diario | 4.00 | 4.00 |
| | Total de Cargos para este Período | $14.00 |
| | **Balance Final** | **$90.12** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 09-01 | 4,648.36- | 4,648.36- | 09-17 | 125.23 | 125.23 |
| 09-02 | 7,375.56- | 7,375.56- | 09-20 | 125.23 | 125.23 |
| 09-03 | 6,415.70- | 6,415.70- | 09-21 | 125.23 | 125.23 |
| 09-07 | 917.65 | 917.65 | 09-22 | 125.23 | 125.23 |
| 09-08 | 467.07 | 467.07 | 09-23 | 125.23 | 125.23 |
| 09-09 | 313.10- | 313.10- | 09-24 | 125.23 | 125.23 |
| 09-10 | 698.34 | 698.34 | 09-27 | 125.23 | 125.23 |
| 09-13 | 1,849.27 | 1,849.27 | 09-28 | 125.23 | 125.23 |
| 09-14 | 293.19- | 293.19- | 09-29 | 125.23 | 125.23 |
| 09-15 | 0.00 | 0.00 | 09-30 | 90.12 | 90.12 |
| 09-16 | 0.00 | 0.00 | | | |

**Su balance mínimo durante este período fue: $7,375.56-**



**BANCO POPULAR**

FLEXICUENTA DE NEGOCIOS

---

## Su cargo por financiamiento de sobregiro se calcula de la siguiente manera:

| *Tasa periódica diaria* 0.000656164% | X | *Días en sobregiro* 8 | X | *Sobregiro promedio diario* $4,784.62 | = | *Cargo por financiamiento\** $25.11 |

*La tasa porcentual anual es 23.9500%*
*\*Los cargos por financiamiento de sobregiro se presentan en la sección de Otros Débitos o en la sección de Cargos pendientes.*

*Para el cargo de financiamiento de sobregiro se utiliza el balance disponible siempre que el balance en libros sea menor de $0.00. Si mantiene balance en libros mayor de $0.00 evita cargos por sobregiro.*

---

*Su próximo estado será el 29 de octubre de 2010*


Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

| | |
|---|---|
| **1631** — 0220330113 09/01/10 92.10 | **1634** — 0282035117 09/01/10 3,094.70 |
| **1635** — 0282035118 09/01/10 3,588.00 | **1636** — 0220410057 09/09/10 875.63 |
| **1637** — 0220424254 09/08/10 900.00 | **1638** — 0110614422 09/09/10 460.00 |
| **1639** — 0110916896 09/14/10 278.19 | **1640** — 0220230257 09/13/10 600.00 |
| **1641** — 0110125253 09/14/10 1,849.27 | |


SAMUEL BEZARES GOMEZ                                    137-012950        PAGINA 7

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0282015431        09/02/10        3,726.72

**Customer Name:** SAMUEL BEZAREZ GOMEZ INC

**Transaction History as of:**   30 de septiembre de 2010

**Account Name:**   COURTS OF JUSTICE

**Account Number:** 341-110345

| Book Balance | Available Balance | Last Statement Date | Last Statement Balance |
|---|---|---|---|
| $436.13 | $436.13 | | |

**Cheques**

| Date | Trace | Description | | | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/14/2010 | 385000010 | DEPOSITO | | | $1,865.42 | $1,865.42 |
| 09/20/2010 | 110419008 | CHEQUE | NUMERO | 100 | ($387.60) | $1,477.82 |
| 09/21/2010 | 110415586 | CHEQUE | NUMERO | 101 | ($158.22) | $1,319.60 |
| 09/22/2010 | 110503492 | DEPOSITO | | | $515.00 | $1,834.60 |
| 09/22/2010 | 220123186 | CHEQUE | NUMERO | 102 | ($715.00) | $1,119.60 |
| 09/23/2010 | 220701010 | CHEQUE | NUMERO | 103 | ($419.90) | $699.70 |
| 09/28/2010 | 110300609 | CHEQUE | NUMERO | 104 | ($92.10) | $607.60 |
| 09/29/2010 | 385000010 | DEPOSITO | | | $4,200.00 | $4,807.60 |
| 09/29/2010 | 110510412 | CHEQUE | NUMERO | 111 | ($3,200.00) | $1,607.60 |
| 09/29/2010 | 282011397 | CHEQUE | NUMERO | 107 | ($764.75) | $842.85 |
| 09/30/2010 | 346000010 | DEPOSITO | | | $2,000.00 | $2,842.85 |
| 09/30/2010 | 220310885 | CHEQUE | NUMERO | 130 | ($2,000.00) | $842.85 |
| 09/30/2010 | 111009531 | CHEQUE | NUMERO | 106 | ($403.75) | $439.10 |
| 09/30/2010 | 0 | INTERESES ACREDITADOS | | | $0.03 | $439.13 |
| 09/30/2010 | 0 | CARGO POR SERVICIO | | | ($3.00) | $436.13 |

———— **END OF TRANSACTIONS** ————

BRA-786 / 5-09   (1)

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR   00725

0100
101-201/215

Sep/13/2010   Fecha
Date

Páguese la orden de
Pay to the order of   __Light. Cals Inc__   | $ 387.60

__Tresciento ochenta y siete con 60/00__   Dólares
Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

Para  Fed 75 2706

Fec

⑈0⑈2⑈50⑈20⑈⑈⑈:  3⑈4⑈1⑈m⑈⑈⑈03⑈4⑈5⑈⑈⑈  0⑈100

⑈000000387600⑈

Forma Chile

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR  00725

0101
101-201/215

Sept 16/2010  Fecha
Date

Páguese a la orden de
Pay to the order of _____ Pepsi colo de ff _____ $ 158-22

Ciento Cincuenta y ocho _____ 22/xx  Dólares
Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

Hora
Time

⑈:0215020⑈⑈: 361⑈1103 45⑈ 0101    ⑈0000015822⑈

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07013
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0102
101-201/215

Septbr 2010 Fecha Date

Páguese a la orden de
Pay to the order of   Ramón Alamo   $ 715.00

Setecientos quince ———— xx/100   Dollars Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para Compra regalos y otros   Samuel B...

⑆021502011⑆ 141·110345⑆ 0102   ⑆000007 1500⑆

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION DKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0103

Septiembre

Fecha
Date

Páguese a la orden de
Pay to the order of _____ Light Gas Inc.

$ 419.90

Cuatrocientos diecinueve con 90/100

Dólares
Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

Por _____ Co. Cer. 25-2979

⑆021502011⑆ 346⑈ 103145⑆ 0103 ⑈000004199 0⑆

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

7005823

0104
101-201/215

24 / 9 / 10   Fecha
Date

Páguese a la orden de
Pay to the order of ___ Pepsi cola de PR.   $ 92 -10

Noventa y dos con dies ¢ ___ Dólares
Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Para
For ___

⑆025020⑆: 341⑈110345⑈ 0104   ⑆0000009210⑈

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 38 HM 4 CARR 1
CAGUAS PR  00725

0106
101-201/215

Sept/02/2010   Fecha
Date

Páguese a la orden de
Pay to the order of     Aght Ceo Inc.     $ 403 75

Cuatrocientos tres con — 75/100     Dólares
Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para
For

⑈0 2 1 5 0 2 0 2 1 1⑈ 3 4 1 ⑈ 1 1 0 3 4 5 1⑈ 0 1 0 6     ⑈0 0 0 0 0 4 0 3 7 5⑈

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR  00725

0107
101-201215

9 - 23 - 2010   Fecha
                Date

Páguese a la orden de
Pay to the order of _____ AEE _____   $ 764.75

Setecientos Asenta y Cuatro dolares con ___ 75/100 Dólares

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para 041 0150 480 0040
For

⑆021502011⑆ 341⑈1103450⑈ 0107

SAMUEL BEZARES GOMEZ INC
DEBTOR IN POSSESION BKT 10-07013
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0111

101-2017/215

Fecha
Date    Sept 29/00

Páguese a la orden de
Pay to the order of    Samuel Bezares Gomez    $ 3,200.00

Tres mil doscientos ————— 00/00    Dólares
Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para
For    Cobro Reinta

⑈021502011⑈ 34⑈110345⑈ 0111 ⑈00003200000⑈

SAMUEL BEZAREZ GOMEZ INC. DIP
BO BAIROA
KM 36 HM 4 CARR Y
CAGUAS, PR 00725

0130

Páguese a la orden de
Pay to the order of _Samuel Bezares Gomez_ $ 2,000.00

_Dos mil dolares_ Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para _Porte Renta_

⑈02550201⑈ 341⑈11034 5⑈ 0130 ⑈0000 200000⑈

# SAMUEL BEZAREZ GOMEZ, INC.
## Account Reconciliation
### As of Sep 30, 2010
### 10300 - Payroll Checking Account
### Bank Statement Date: September 30, 2010

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | |
| Add: Cash Receipts | 9,195.00 |
| Less: Cash Disbursements | (9,146.57) |
| Add (Less) Other | (5.10) |
| Ending GL Balance | 43.33 |
| Ending Bank Balance | 43.33 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 43.33 |

# SAMUEL BEZAREZ GOMEZ, INC.
## Bank Deposit Report
### For the Period From Sep 1, 2010 to Sep 30, 2010
### 10300 - Payroll Checking Account

Filter Criteria includes: Report order is by Deposit Ticket ID. Report is printed in Detail Format.

| Deposit Ticket ID | Deposit Ticket Date | Receipt Date | Reference | Description | Amount |
|---|---|---|---|---|---|
| DE09-005 | 9/13/10 | 9/13/10 | DE09-005 | DEPOSITO VENTAS | 1,400.00 |
| | | | | **Total Deposit** | **1,400.00** |
| DE09-006 | 9/14/10 | 9/14/10 | DE09-006 | DEPOSITO VENTAS | 1,800.00 |
| | | | | **Total Deposit** | **1,800.00** |
| DE09-007 | 9/20/10 | 9/20/10 | DE09-007 | DEPOSITO VENTAS | 2,600.00 |
| | | | | **Total Deposit** | **2,600.00** |
| DE09-008 | 9/27/10 | 9/27/10 | DE09-008 | DEPOSITO VENTAS | 2,995.00 |
| | | | | **Total Deposit** | **2,995.00** |
| DE09-009 | 9/28/10 | 9/28/10 | DE09-009 | DEPOSITO VENTAS | 400.00 |
| | | | | **Total Deposit** | **400.00** |
| | | | | **Total Deposits for the Period** | **9,195.00** |

# SAMUEL BEZAREZ GOMEZ, INC.
## Check Register
### For the Period From Aug 16, 2010 to Nov 14, 2010

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 101 | 9/12/10 | LUIS R. AVILES | 10300 | 68.12 |
| 102 | 9/12/10 | CARLOS E. BEZARE | 10300 | 128.57 |
| 103 | 9/12/10 | RAFAEL A. BUEGOS | 10300 | 251.90 |
| 104 | 9/12/10 | TOMAS CALDERON | 10300 | 128.57 |
| 105 | 9/12/10 | ENRRIQUE CHERE | 10300 | 251.90 |
| 106 | 9/12/10 | WILLIAM  CENTENO | 10300 | 68.12 |
| 107 | 9/12/10 | EDWIN ORTIZ ESC | 10300 | 68.12 |
| 108 | 9/12/10 | ANGEL QUILES DIE | 10300 | 128.57 |
| 109 | 9/12/10 | LUIS RODRIGUEZ G | 10300 | 251.90 |
| 110 | 9/12/10 | WILLY TORRES | 10300 | 68.12 |
| 111 | 9/12/10 | NORMA E. RODRIG | 10300 | 254.35 |
| 112 | 9/12/10 | SAMUEL BEZARES | 10300 | 1,380.60 |
| 1001 | 9/19/10 | LUIS R.  AVILES | 10300 | 68.12 |
| 1002 | 9/19/10 | CARLOS E. BEZARE | 10300 | 128.57 |
| 1003 | 9/19/10 | RAFAEL A. BURGOS | 10300 | 251.90 |
| 1004 | 9/19/10 | TOMAS CALDERON | 10300 | 128.57 |
| 1005 | 9/19/10 | ENRRIQUE CHERE | 10300 | 251.90 |
| 1006 | 9/19/10 | WILLIAM COLON AG | 10300 | 68.12 |
| 1007 | 9/19/10 | EDWIN ORTIZ ESC | 10300 | 68.12 |
| 1008 | 9/19/10 | ANGEL AVILES DIE | 10300 | 128.57 |
| 1009 | 9/19/10 | FELIX RODRIGUEZ | 10300 | 251.90 |
| 1010 | 9/19/10 | PENDIENTE | 10300 | 68.12 |
| 1011 | 9/19/10 | NORMA E. RODRIG | 10300 | 254.35 |
| 1012 | 9/19/10 | SAMUEL BEZARES | 10300 | 1,380.60 |
| 1013 | 9/26/10 | NORMA E. RODRIG | 10300 | 254.35 |
| 1014 | 9/26/10 | SAMUEL BEZARES | 10300 | 1,380.60 |
| 1015 | 9/26/10 | LUIS R. AVILES | 10300 | 68.12 |
| 1016A | 9/26/10 | CARLOS E. BEZARE | 10300 | 128.57 |
| 1016B | 9/26/10 | RAFAEL A. BURGOS | 10300 | 251.90 |
| 1017 | 9/26/10 | TOMAS CALDERON | 10300 | 128.57 |
| 1018 | 9/26/10 | ENRRIQUE CHERE | 10300 | 251.90 |
| 1019 | 9/26/10 | WILLIAM COLON AG | 10300 | 68.12 |

# SAMUEL BEZAREZ GOMEZ, INC.
## Check Register
### For the Period From Aug 16, 2010 to Nov 14, 2010

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 1020 | 9/26/10 | EDWIN ORTIZ ESC | 10300 | 68.17 |
| 1021 | 9/26/10 | ANGEL AVILES DIE | 10300 | 128.57 |
| 1022 | 9/26/10 | FELIX RODRIGUEZ | 10300 | 251.90 |
| 1023 | 9/26/10 | WILLY TORRES | 10300 | 68.12 |
| Total | | | | 9,146.57 |

# BANCO POPULAR®

**Customer Name:** SAMUEL BEZAREZ GOMEZ INC     **Transaction History as of:**    **30 de septiembre de 2010**

**Account Name:** COURTS OF JUSTICE     **Account Number:** 341-110354

| Book Balance | Available Balance | Last Statement Date | Last Statement Balance |
|---|---|---|---|
| $43.33 | $43.33 | | |

**Cheques**

| Date | Trace | Description | | | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/13/2010 | 346000010 | DEPOSITO | | | $1,400.00 | $1,400.00 |
| 09/13/2010 | 110809868 | CHEQUE | NUMERO | 112 | ($1,380.60) | $19.40 |
| 09/14/2010 | 346000010 | DEPOSITO | | | $1,800.00 | $1,819.40 |
| 09/14/2010 | 110501366 | CHEQUE | NUMERO | 111 | ($254.35) | $1,565.05 |
| 09/14/2010 | 110501357 | CHEQUE | NUMERO | 103 | ($251.90) | $1,313.15 |
| 09/14/2010 | 110501364 | CHEQUE | NUMERO | 105 | ($251.90) | $1,061.25 |
| 09/14/2010 | 110501360 | CHEQUE | NUMERO | 109 | ($251.90) | $809.35 |
| 09/14/2010 | 110501359 | CHEQUE | NUMERO | 102 | ($128.57) | $680.78 |
| 09/14/2010 | 110501365 | CHEQUE | NUMERO | 104 | ($128.57) | $552.21 |
| 09/14/2010 | 110501358 | CHEQUE | NUMERO | 108 | ($128.57) | $423.64 |
| 09/14/2010 | 110501361 | CHEQUE | NUMERO | 101 | ($68.12) | $355.52 |
| 09/14/2010 | 110501362 | CHEQUE | NUMERO | 107 | ($68.12) | $287.40 |
| 09/14/2010 | 110501363 | CHEQUE | NUMERO | 110 | ($68.12) | $219.28 |
| 09/15/2010 | 220415042 | CHEQUE | NUMERO | 106 | ($68.12) | $151.16 |
| 09/20/2010 | 346000010 | DEPOSITO | | | $2,600.00 | $2,751.16 |
| 09/20/2010 | 110408731 | CHEQUE | NUMERO | 1012 | ($1,380.60) | $1,370.56 |
| 09/20/2010 | 110408736 | CHEQUE | NUMERO | 1011 | ($254.35) | $1,116.21 |
| 09/20/2010 | 110408734 | CHEQUE | NUMERO | 1005 | ($251.90) | $864.31 |
| 09/20/2010 | 110408733 | CHEQUE | NUMERO | 1009 | ($251.90) | $612.41 |
| 09/20/2010 | 110408732 | CHEQUE | NUMERO | 1004 | ($128.57) | $483.84 |
| 09/20/2010 | 110408739 | CHEQUE | NUMERO | 1008 | ($128.57) | $355.27 |
| 09/20/2010 | 110408735 | CHEQUE | NUMERO | 1001 | ($68.12) | $287.15 |
| 09/20/2010 | 110408737 | CHEQUE | NUMERO | 1007 | ($68.12) | $219.03 |

**CONTINUE**

# BANCO POPULAR ®

Transaction History

**Customer Name:** SAMUEL BEZAREZ GOMEZ INC

**Transaction History as of:** 30 de septiembre de 2010

**Account Name:** COURTS OF JUSTICE

**Account Number:** 341-110354

| Date | Trace | Description | Amount | Balance |
|------|-------|-------------|--------|---------|
| 09/20/2010 | 110408738 | CHEQUE NUMERO 1010 | ($68.12) | $150.91 |
| 09/22/2010 | 220205591 | CHEQUE NUMERO 1006 | ($68.12) | $82.79 |
| 09/27/2010 | 346000020 | DEPOSITO | $2,995.00 | $3,077.79 |
| 09/27/2010 | 111011636 | CHEQUE NUMERO 1014 | ($1,380.60) | $1,697.19 |
| 09/27/2010 | 111011639 | CHEQUE NUMERO 1013 | ($254.35) | $1,442.84 |
| 09/27/2010 | 111011637 | CHEQUE NUMERO 1003 | ($251.90) | $1,190.94 |
| 09/27/2010 | 111011643 | CHEQUE NUMERO 1018 | ($251.90) | $939.04 |
| 09/27/2010 | 111011644 | CHEQUE NUMERO 1022 | ($251.90) | $687.14 |
| 09/27/2010 | 111011638 | CHEQUE NUMERO 1002 | ($128.57) | $558.57 |
| 09/27/2010 | 111011641 | CHEQUE NUMERO 1017 | ($128.57) | $430.00 |
| 09/27/2010 | 111011640 | CHEQUE NUMERO 1021 | ($128.57) | $301.43 |
| 09/27/2010 | 111011642 | CHEQUE NUMERO 1020 | ($68.17) | $233.26 |
| 09/27/2010 | 111011645 | CHEQUE NUMERO 1015 | ($68.12) | $165.14 |
| 09/27/2010 | 111011661 | CHEQUE NUMERO 1023 | ($68.12) | $97.02 |
| 09/28/2010 | 108000018 | DEPOSITO | $400.00 | $497.02 |
| 09/28/2010 | 110523918 | CHEQUE NUMERO 1016 | ($251.90) | $245.12 |
| 09/28/2010 | 110523919 | CHEQUE NUMERO 1016 | ($128.57) | $116.55 |
| 09/29/2010 | 110510413 | CHEQUE NUMERO 1019 | ($68.12) | $48.43 |
| 09/30/2010 | 0 | CARGO POR SERVICIO | ($3.00) | $45.43 |
| 09/30/2010 | 0 | CARGO CHEQUES EXCESO DE 015 | ($2.10) | $43.33 |

**END OF TRANSACTIONS**

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR G-10
CAGUAS PR 00726

0101
101-701/215

Banco Popular

9-12-2010    Fecha
             Date

Páguese a la Orden de / Pay to the Order of    Luis R. Aviles    $ 68.12

Sesenta y ocho dolares con ———— 12/100 Dólares

Ralph Feed Bairoa

$68.12 Debit Transaction
Min   5

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

341110354

Salario 9-5-2010

⑆0250201⑆ 341⑆110354⑆ 0101 00000068 12

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR
CAGUAS PR 00725

0102
101-201/215

9-12-2010     Fecha
              Date

Pay to the order of  Carlos E. Bezares Rodriguez     $ 128-57

Ciento Veintiocho dolares con 57/100     Dolares

345  10  PER7902  181  02/44/2010 Dollus 0
$128.57  DebitTransaction
Bin  3

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO     341110354

Para Nomina  9-6-2010

⑆0 2 1 50 20 1 1 ⑆  341⑄110354⑆  0102     ⑆00000128 57⑆

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESSION BKT 10-07613
BO BAIROA
KM 36 H 4 CARR 1
CAGUAS PR 00725

0103
101-201/216

Banco

Fecha
Date  9-12-2010

Páguese a la orden de
Pay to the order of  Rafael A. Burgos Cartagena

$ 251.90

Doscientos cincuenta y un dólar  con 90/100  Dolares

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO

341110359

$251.90 Debit Transaction
Bin 3

Para
For  Salario 9-5-2010

⑆0215020⑈⑆ 34 5⑈⑆10354⑈ 0103  ⑆0000025190⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO. BAIROA AA-10
KM 36 HM 7 CARR. til 21
CAGUAS, PR 00725

SEP 14 2010

0104
101-201/215

Fecha
Date  9- 12 - 2010

Páguese a la órden de
Pay to the order of: Ramon Calderon Santiago          $  128.57

Cuenta Disputada Cortesan con                                    52  Dolares
                                                            $128.57 Debit Transaction

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO          341110354        Bin   3

Para Salario 9-5-2010

⑈:02150 20 ⑈: 341⑈110354⑈ 0104          ⑈00000 128 57⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIBOA
KM 36 HM 4 CARR 1
CAGUAS PR 00735
Banco Popular

0105
101-201/215

9-12-2010 Fecha Date

Páguese a la orden de
Pay to the order of    Enrique Cherena Fernandez    $ 251.90

Dos cientos Cincuenta y un dolares    94/100 Dolares Dollars

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

341110359    4251.90 Debit Transaction
Bin  3

Para
For  Salario 9-5-2010

⑆023502011⑆ 341110354⑆ 0105    ⑈000025190⑈

SAMUEL BEZARES GOMEZ INC (NOMINAL)
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0106
101-201/215

Fecha
Date   9-13-2010

Páguese a la orden de
Pay to the order of   William Colon Agosto   $ 68.12

Sesenta y ocho dolares con 12/100   Dolares
Dollars

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO

341110354

746-16-PR37030   131   09/13/2010   07:35
$68.12  DebitTransaction
Bin   3

Por
For   Nomina 9-5-2010

⑆021502011⑆ 341⑈110354⑆ 0106 ⑆000000681 2⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0107
301-201/215

Fecha
Date    9-12-2010

Páguese a la órden de
Pay to the order of    Edwin Ortiz Escobar    $ 68.12

Sesenta y Ocho dólares con    12/100 Dólares
                                              $68.12 Debit Transaction

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

341110354

Para
For   Nomina 9-5-2010

⑈0215020⑈ 341⑈110354⑈ 0107  ⑈000000068 12⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07515
60 BAIROA
KM 36 HM 4 CARR 156
CAGUAS PR 00725

0108
101-201/215

Páguese a la orden de
Pay to the order of ___ Angel Avilas Oreppa ___ $ 128·57

Ciento veintiocho dolares 000 ___ 57/100 DOLARES

BANCO POPULAR®
BANCO POPULAR DE PUERTO RICO

341110354

$128.57 Debit Transaction

Fecha
Date 9-10-2010

346  10 PR37909  180  09/14/10 Dollar 0139

Sin  3

Para
For Nomina  9-5-2010

⑃:021150201⑃: 341⑊110354⑊ 0108  ⑈0000012857⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DESTOR IN POSSESION BKT 10-07813
BO BAIROA
KM 39 MM 4 CARR. Popular
CAGUAS PR  00726

SEP 14 2010

9-12-2010  Fecha / Date

0109

Páguese a la orden de / Pay to the order of  Eridania Rodriguez Garcia  $ 251.90

346-10

Doscientos Cincuenta y un dolares

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO

Para / Nomina 9-5-2010

⑆021502011⑆ 141110354⑆ 0109  ⑆000002590⑆

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIROA
KM 3.0 HM # CARR 1
CAGUAS PR 00726
SEP 14 2010

0110

9-14-2010

Pay to the order of _Milly Torres_     $ 68.12

_____ dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

34112054

Run 1

Nomina 9-3-2010

⑈02150201⑈ 341⑈110354⑈ 0110  ⑈000000068 12⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESSION BKT 10-07613
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0111
101-201/215

Páguese a la orden de
Pay to the order of _____ Norma E. Rodriguez Roman _____ $ 254.35

Doscientos Cincuenta y cuatro dolares 35/100 _____ Dólares
Dollars

9-12-2010 Fecha / Date

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

341110354

$254.35 Debit Transaction
Btn 3

Para Nomina 9-5-2010
For

⑈024502011⑈ 341⑈110354⑈ 0111 ⑈000000025435⑈

SAMUEL BEZARES GOMEZ INC (NOMINA)
DEBTOR IN POSSESION BKT 10-07613
BO BAIBOA,
KM 36 HM 4 CARR 1
CAGUAS PR 00725

0112
101-201/216

BANCO

9-12-2010 Fecha Date

Paguese a la orden de
Pay to the order of     Samuel Bezares Gómez     $ 1,380.60

Mil Trescientos Ochenta dólares con/60     Dólares Dollars

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO

341110354

$1,380.60 DebitTransaction
Bin   3

Para Nómina 9-5-2010

⑆021502011⑆ 341110354⑆ 0112 ⑈0000138060⑈

#3

SAMUEL BEZAREZ GOMEZ INC, DIP (NOMINA)
BO BAIROA
KM 36 HM 4 CARR
CAGUAS PR 00725

1001

Fecha
Date   9 - 19 - 2010

Páguese a la orden de
Pay to the order of   _Luis R. Quiles_   $ 68·12

Sesenta y ocho dolares con

Banco Popular.
BANCO POPULAR DE PUERTO RICO

341110354   Bin 3

Para
For   _Nomina  9-12-2010_   _Samuel Bezarez_

⑈021502011⑈ 341⑈110354⑈ 1001   ⑈00000068⑈2⑈

#4

SAMUEL BEZAREZ GOMEZ INC. DIP(NOMINA)
BO BAIROA
KM 36 1 IM 4 CARR 1
CAGUAS PR 00725

1002
12 200200

Paguese a la orden de
Pay to the order of _____ Carlos F. Rodriguez

Fecha
Date 9-19-2010

$ 128.57

Cinta Veintiocho dólares ____ 100

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

341110354

20 FR 0947  119  09/27/2010
$128.57 Debit Transaction
Fin  3

Para
For. Nomina 9-13-2010

⑆021502011⑆ 341⑈110354⑈ 1002

⑆00000 12857⑆

45

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 35 HM 4 CARR 1
CAGUAS PR   00725

1003

Fecha
Date   Jul 20 2010

T-344-20
Banco Popular

9-19-2010

Páguese a la orden de
Pay to the order of      SEO.  Acual     O . Dungos              $  251.90

Doscuenta  cincuenta  Dos hum  dolazz                      ar 446   20 FF 40947   147 - 09  26  2010 dotarm
                                                           4251.90 Dal= Ltransaccio
                                                           34110054      Ris   3

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

Para
For   Nomina  9 11 - 2010

⑆021502011⑆  341⑈110354⑈  1003        ⑇00000251590⑈

#6

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR - 00725

1004

Fecha
Date     9-19-2010

Páguese a la orden de
Pay to the order of     Tomas Calderon Stgo     $ 128.57

Ciento Veint i ocho del dos cen

346  10 FR57909  171  07/03/2010
341110354              Bin  3

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

For  Nomina  9-12-2010

⑆02150201⑈ 341⑉110354⑈ 1004      ⑆000012857⑈

United Gate

#7

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36.HM 4 CARR 1
CAGUAS PR 00725

1005
101-201/215

Paguese a la orden de
Pay to the order of          Enrique Chrina          $ 25/90

Fecha
Date   9 - 19 - 2010

Doscientos Cinquenta y un dolares con 346  10 P337909  172  03-10-2010  90/00  Dólares
                                                                              Dollars
1251.90 DebitTransaction

BANCO POPULAR.          341110354          Rin  3

BANCO POPULAR DE PUERTO RICO

Para
For   Nomina  9-12-2010

⑆021502011⑆ 341⑈110354⑆ 1005          ⑆0000025190⑆

SAMUEL BEZAREZ GOMEZ INC. DIP(NOMINA)
BO BAIROA LOU
KM 20 HM 4 CARR 10
CAGUAS PR 2 00725

1006

9-19-2010  Fecha
Date

Páguese a la orden de
Pay to the order of ___ William Colon Agosto ___ $ 68 12

Setenta y ocho dilares con ___ Dólares
Dollars

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

Para
For ___ Nomina 9-19-2010

⑈021502011⑈ 34 1⑈110354⑈ 1006  000000 6812

Duplicado 1010 pendiente

#9

SAMUEL BEZAREZ GOMEZ INC. DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

1007
101/201/215

9-19-2010   Fecha
Date

Páguese a la orden de
Pay to the order of _____ Edward Ortiz Escontar _____   $ 68.12

_____ Sesenta y ocho dolares _____

346  10  PR37909  176  09/20/2010  10  0
Feb-12  1:41:1:Transaction

341110354   Run  3

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

Para
For Nomina 9-12 _____

⑆021502011⑆ 341⑈110354⑈ 1007  ⑇000000068 12⑆

#10

SAMUEL BEZAREZ GOMEZ INC. DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR.1
CAGUAS PR 00725

1008
101-2011215

Fecha 9-19-2010 Date

Páguese a la orden de
Pay to the order of ___Angel Aviles Oppas___ $ 128.57

___Ciento Veintiocho 57/100___ Dollars

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

346 10 FR37907 178 07/20/20 Dollar10-3
$128.57 Debit Transaction
341110354 Din 3

Para Nomina 9-12-2010
Por

⑆021502011⑆ 341⑈110354⑈ 1008 ⑈000001285 7⑈

#11

SAMUEL BEJARES GOMEZ INC, DIP(NOMINA)
BO BA ROA
KM 36 HM 4 BARR 1
CAGUAS PR 00725

1009

Fecha
Date _9-17-2010_

Paguese A la Orden de
Pay to the order of ___ _Jairy Rodriguez Barria_ ___ $ _251.90_

_Doscientos cincuenta y uno dolos con 90/100_ Dolares

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

341115354

Para
For _Nomina 9-17-2010_

⑆021150201⑆ 341⑈110354⑈ 1009 ⑈00000251904⑆

SAMUEL BEZARES GOMEZ INC. DIP(NOMINA)
BO BAIROA
KM 36 HM 5 CARR 1
CAGUAS, PR COD725

**1011**

Fecha
Date 9-19-2010

Páguese a la orden de
Pay to the order of _Norma E. Rodriguez Roman_     $ 254.35

Doscientos Cincuenta y cuatro dolares

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO     341110354

Para
For _Nomina 9-12_

⑆02150201⑆ 341⑈110354⑈ 1011 ⑆00000254355⑈

#2

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA &O
KM 36 HM4 CARR 1
CAGUAS PR C00725

1012
101-201/215

Fecha
Date: 9-19-2010

Páguese a la orden de
Pay to the order of ___ Samuel Terrones ___ $ 1380 60

mil tresientos Ochenta dolars con ___

346  10 PR37907  170  09720250  Dólares 0
$1,380.60 Debit Trans Dollars
341110354  Bin  3

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Para
For 9-12-2010 Nomina ___

⑆02150201⑆ 341⑈110354⑆ 1012 ⑆0200138080⑆

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR   00726

1013

7-546-20

Banco Popular

9-30-2010   Fecha
Date

Páguese a la orden de
Pay to the order of   SEP.../... Rodriguez Roman

$ 254.35

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

341110354

Por Nómina 1/3 al 9-19-2010

"002150201": 341"110354" 1013   "00000254 35"

1015
101-2016/10

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR  00725

Banco Popular

9-24-2010   Fecha
                    Date

Páguese a la orden de
Pay to the order of _____ | $ 68.12

Noventa y ocho dólars 12/100 _____ Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

341110354

Para
For  Nomina 9-17 al 9-19-2010

⑆021502011⑆ 341⑈110354⑈ 1015   ⑈000000068 12⑈

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

1016A
131-201/215

Fecha
Date

Páguese a la orden de
Pay to the order of _____ Carlos E. Bezares Gómez _____ $ 12,157

_____ Dólares
Dólares

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

Para
For _____ Nómina 9-13 al 9-19 2012 _____

⑆021502011⑆ 341⑉110354⑈ 1016 ⑆0000012857⑆

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 1 CARR 1
CAGUAS PR   00725

1016

Fecha
Date   7-20-2010

Páguese a la orden de
Pay to the order of   Rafael A. Burgos Cartagena   $ 251.90

Doscientos cincuenta y uno dolares   90/100   Dólares
Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para
For   Nomina 7-13 al 7-19

⑈021502011⑈ 341⑈110354⑈ 1016   ⑈00000025190⑈

SAMUEL BEZAREZ GOMEZ INC. DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

1017

Banco Popular

Fecha
Date: 9-20-2010

Páguese a la orden de
Pay to the order of: Ralph Popil, married

$ 128.57

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Por Nomina 9/13 al 9/19

⑆021502011⑈ 341⑉110354⑈ 1017

SAMUEL BEZAREZ GOMEZ INC, DIPINOMINA)
BO BAIROA
KM 26 HM 4 CARR 1
CAGUAS PR 00725

1018

Banco Popular

9-24-2010 Fecha
Date

Páguese a la orden de
Pay to the order of _____ Tortuga Chupa Brammely _____ | $ 4-5190

_____ Dosciunte Noventa y un Alto _____ Dólares
Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para
for _____ Numero 7-13 al 9-17 _____

S.C.B

":215020111": 341"110354" 1018

SAMUEL BEZAREZ GOMEZ INC, DIP(NOMINA)
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

**1019**
101-201/210

Fígase a la orden de
Pay to the order of _____ William Colon Ayesta _____ $ 68.12

Fecha
Date 9-30-2010

Sesenta y ocho dolares con _____ 12/100 Dólares
Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

Para
For Nomina 9-13 al 9-19

⑈:021502011⑈ 341⑈110354⑈ 1019 ⑈00000068112⑈

SAMUEL BEZAREZ GOMEZ INC      346-20      1020
BO BAIROA                     Banco Popular    01-234215
KM 36 HM 4 CARR 1             SEP
CAGUAS PR   00725
                                              9-26-2010  Fecha
                                                         Date

Pague-e a la orden de                                    $ 48.17
Pay to the order of _____

_____ y ocho del día ___ 100   DOLARES

**BANCO POPULAR.**            141110354    $68.17 Debit Transaction
BANCO POPULAR DE PUERTO RICO              Bin  3

Para
For _____

⑆021502011⑆ 341⑈110354⑆ 1020        ⑈000000684⑈

SAMUEL BEZAREZ GOMEZ INC, DIP
BO SAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

1021
101-20/0215

Fecha
Date

Páguese a la orden de
Pay to the order of _____

$ 128.57

_____

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

341110354

Para
For _____

⑆02150201⑆: 341⑈110354⑈ 1021

SAMUEL BEZAREZ GOMEZ INC, DIP
BO BARROA
KM 30 HM 4 CARR 1
CAGUAS PR 00725

1022

Pécese a la orden de
Pay to the order of

Fecha
Date

9 26 2010

$ 251 90

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

Para
For

⑆02150201⑉ 341⑈110354⑈ 1022

SAMUEL BEZAREZ GOMEZ INC, DIP
BO BAIROA
KM 36 HM 4 CARR 1
CAGUAS PR 00725

1023
101-251/215

Fecha
Date

Páguese a la orden de
Pay to the order of _____

$ 68.12

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO

346  20 FR40947  123
341110354        Ref  3

Dólares
Dollars

68.12 Debit Transaction

Para
For _____

⑆021502011⑆ 341⑈110354⑈ 1023  ⑆000000068 12⑆

# SAMUEL BEZAREZ GOMEZ, INC.
## Account Reconciliation
### As of Sep 30, 2010
### 10400 - Taxes Account
### Bank Statement Date: September 30, 2010

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | |
| Add: Cash Receipts | | | | 3,100.00 |
| Less: Cash Disbursements | | | | (3,039.00) |
| Add (Less) Other | | | | 0.05 |
| Ending GL Balance | | | | 61.05 |
| Ending Bank Balance | | | | 3,100.05 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Sep 29, 2010 | 101 | (3,039.00) | |
| Total outstanding checks | | | | (3,039.00) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 61.05 |

# SAMUEL BEZAREZ GOMEZ, INC.
## Bank Deposit Report
### For the Period From Sep 1, 2010 to Sep 30, 2010
### 10400 - Taxes Account

Filter Criteria includes: Report order is by Deposit Ticket ID. Report is printed in Detail Format.

| Deposit Ticket ID | Deposit Ticket Date | Receipt Date | Reference | Description | Amount |
|---|---|---|---|---|---|
| DE09-004 | 9/20/10 | 9/20/10 | DE09-004 | DEPOSITO PAGO IVU | 3,100.00 |
| | | | | **Total Deposit** | **3,100.00** |
| | | | | **Total Deposits for the Period** | **3,100.00** |

# SAMUEL BEZAREZ GOMEZ, INC.
## Check Register
### For the Period From Sep 1, 2010 to Sep 30, 2010

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 101 | 9/29/10 | SECRETARIO DE H | 10400 | 3,039.00 |
| Total | | | | 3,039.00 |



Transaction History

**Customer Name:** SAMUEL BEZAREZ GOMEZ INC

**Account Name:** COURTS OF JUSTICE

**Transaction History as of:** 30 de septiembre de 2010

**Account Number:** 341-110363

| Book Balance | Available Balance | Last Statement Date | Last Statement Balance |
|---|---|---|---|
| $3,100.05 | $3,100.05 | | |

Cheques

| Date | Trace | Description | Amount | Balance |
|---|---|---|---|---|
| 09/20/2010 | 346000010 | DEPOSITO | $3,100.00 | $3,100.00 |
| 09/30/2010 | 0 | INTERESES ACREDITADOS | $0.05 | $3,100.05 |

**END OF TRANSACTIONS**

# SAMUEL BEZARES GOMEZ, INC.
## DETALLE COMPRAS EN EFECTIVO
### DEL 1 AL 30 DE SEPTIEMBRE DE 2010

| FECHA | FACTURA | SUPLIDOR | CANTIDAD |
|---|---|---|---|
| 2-Sep-2010 | 215622134 | RALPH'S FOOD WAREHOUSE # 6 | $ 701.88 |
| 3-Sep-2010 | 215622158 | RALPH'S FOOD WAREHOUSE # 6 | 917.01 |
| 3-Sep-2010 | 215072171 | RALPH'S FOOD WAREHOUSE # 6 | 436.41 |
| 4-Sep-2010 | 84237 | JF MONTALVO # 17 | 441.25 |
| 5-Sep-2010 | 23892325 | RALPH'S FOOD WAREHOUSE # 6 | 948.79 |
| 6-Sep-2010 | 103935 | JF MONTALVO # 17 | 303.59 |
| 7-Sep-2010 | 215622128 | RALPH'S FOOD WAREHOUSE # 6 | 618.33 |
| 11-Sep-2010 | 215622138 | RALPH'S FOOD WAREHOUSE # 6 | 1,205.74 |
| 11-Sep-2010 | 114150 | JF MONTALVO # 17 | 309.26 |
| 13-Sep-2010 | 215622153 | RALPH'S FOOD WAREHOUSE # 6 | 232.48 |
| 13-Sep-2010 | 231422361 | RALPH'S FOOD WAREHOUSE # 6 | 155.10 |
| 14-Sep-2010 | 231422321 | RALPH'S FOOD WAREHOUSE # 6 | 259.75 |
| | | Total | $ 6,529.59 |

# SAMUEL BEZAREZ GOMEZ, INC.

## General Ledger

### For the Period From Sep 1, 2010 to Sep 30, 2010

Filter Criteria includes: 1) IDs from 40000 to 40000. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID | Account Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 40000 | Sales #9/13/10 | DE09-005 | CRJ | DEPOSITO VENTAS - Sales #1 | | 1,400.00 | |
| 40000 | Sales #9/14/10 | DE09-006 | CRJ | DEPOSITO VENTAS - Sales #1 | | 1,800.00 | |
| 40000 | Sales #9/14/10 | DE09-010 | CRJ | DEPOSITO - Sales #1 | | 1,865.42 | |
| 40000 | Sales #9/14/10 | DE09-008 | GENJ | COMPRAS EN EFECTIVO | | 6,529.59 | |
| 40000 | Sales #9/15/10 | DE09-011 | CRJ | DEPOSITO - Sales #1 | | 293.19 | |
| 40000 | Sales #9/17/10 | DE09-012 | CRJ | OTROS CREDITOS ATH - Sales #1 | | 16,989.73 | |
| 40000 | Sales #9/20/10 | DE09-004 | CRJ | DEPOSITO PAGO IVU - Sales #1 | | 3,100.00 | |
| 40000 | Sales #9/20/10 | DE09-007 | CRJ | DEPOSITO VENTAS - Sales #1 | | 2,600.00 | |
| 40000 | Sales #9/22/10 | DE09-001 | CRJ | DEPOSITO VENTAS - Sales #1 | | 515.00 | |
| 40000 | Sales #9/27/10 | DE09-008 | CRJ | DEPOSITO VENTAS - Sales #1 | | 2,995.00 | |
| 40000 | Sales #9/28/10 | DE09-009 | CRJ | DEPOSITO VENTAS - Sales #1 | | 400.00 | |
| 40000 | Sales #9/29/10 | DE09-002 | CRJ | DEPOSITO VENTAS - Sales #1 | | 4,200.00 | |
| 40000 | Sales #9/30/10 | DE09-003 | CRJ | DEPOSITO VENTAS - Sales #1 | | 2,000.00 | |
| 40000 | Sales #9/30/10 | JE09-006 | GENJ | PAGO NOMINA 5 SEPT 2010 EN EFEC | | 3,095.67 | |
| 40000 | Sales #9/30/10 | JE09-009 | GENJ | AJUSTE VENTAS & I | 3,126.03 | | |
| 40000 | Sales #1 | | | Current Period Chang | 3,126.03 | 47,783.60 | -44,657.57 |
| | 9/30/10 | | | Ending Balance | | | -44,657.57 |

SAMUEL BEZAREZ GOMEZ, INC.
Balance Sheet
September 30, 2010

### ASSETS

| Current Assets | | | |
|---|---|---:|---:|
| Regular Checking Account | $ | 526.25 | |
| Payroll Checking Account | | 43.33 | |
| Taxes Account | | 61.05 | |
| Special Account | | 802.92 | |
| Other Receivables | | 55,796.87 | |
| A/R Samuel Bezares Gómez | | 3,082.70 | |
| Inventory | | 4,363.00 | |
| | | | |
| Total Current Assets | | | 64,676.12 |
| | | | |
| Property and Equipment | | | |
| Equipment | | 38,000.00 | |
| Other Depreciable Property | | 98,000.00 | |
| Leasehold Improvements | | 37,428.00 | |
| Accum. Depreciation - Equipmen | | (30,125.00) | |
| Accum. Depreciation - Other | | (98,000.00) | |
| Accum. Depreciation - Leasehol | | (36,317.03) | |
| | | | |
| Total Property and Equipment | | | 8,985.97 |
| | | | |
| Other Assets | | | |
| | | | |
| Total Other Assets | | | 0.00 |
| | | | |
| Total Assets | | $ | 73,662.09 |

### LIABILITIES AND CAPITAL

| Current Liabilities | | | |
|---|---|---:|---:|
| Accounts Payable | $ | 4,157.00 | |
| Accrued Expenses | | 61,812.00 | |
| Sales Tax Payable | | 3,126.03 | |
| Federal Payroll Taxes Payable | | 2,320.48 | |
| FUTA Tax Payable | | 94.52 | |
| SUTA Payable | | 63.80 | |
| Income Taxes Payable | | 1,728.72 | |
| Other Taxes Payable | | 70.89 | |
| Other Current Liabilities | | 62,379.00 | |
| | | | |
| Total Current Liabilities | | | 135,752.44 |
| | | | |
| Long-Term Liabilities | | | |
| | | | |
| Total Long-Term Liabilities | | | 0.00 |
| | | | |
| Total Liabilities | | | 135,752.44 |
| | | | |
| Capital | | | |
| Beginning Balance Equity | | (96,895.00) | |
| Common Stock | | 50,000.00 | |
| Net Income | | (15,195.35) | |
| | | | |
| Total Capital | | | (62,090.35) |
| | | | |
| Total Liabilities & Capital | | $ | 73,662.09 |

## SAMUEL BEZAREZ GOMEZ, INC.
### Statement of Income and Retained Earnings
### For the Nine Months Ending September 30, 2010

|  | Current Month |  |
|---|---:|---:|
| Revenues |  |  |
| Sales #1 | 44,657.57 | 100.00 |
| Interest Income | 0.08 | 0.00 |
| Total Revenues | 44,657.65 | 100.00 |
|  |  |  |
| Cost of Sales |  |  |
| Cost of Goods Sold #1 | 11,674.47 | 26.14 |
| Cost of Sales-Other | 2,086.88 | 4.67 |
| Inventory Adjustments | 0.00 | 0.00 |
| Total Cost of Sales | 13,761.35 | 30.82 |
|  |  |  |
| Gross Profit | 30,896.30 | 69.18 |
|  |  |  |
| Expenses |  |  |
| Amortization Expense | 345.67 | 0.77 |
| Auto Expenses | 59.90 | 0.13 |
| Bank Charges | 854.71 | 1.91 |
| Cash Over and Short | 0.05 | 0.00 |
| Depreciation Expense | 125.00 | 0.28 |
| Dues and Subscriptions Exp | 0.00 | 0.00 |
| Interest Expense | 46.08 | 0.10 |
| Medical Plan Expense | 2,636.90 | 5.90 |
| Legal and Professional Expense | 0.00 | 0.00 |
| Security Expense | 0.00 | 0.00 |
| Maintenance Expense | 0.00 | 0.00 |
| Meals and Entertainment Exp | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Payroll Tax Expense | 1,404.07 | 3.14 |
| Other Taxes | 0.00 | 0.00 |
| Rent or Lease Expense | 8,800.00 | 19.71 |
| Supplies Expense | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 |
| Salaries Expense | 15,116.53 | 33.85 |
| Utilities Expense | 4,491.47 | 10.06 |
| Total Expenses | 33,880.38 | 75.87 |
|  |  |  |
| Net Income | (2,984.08) | (6.68) |
| Beginning Retained Earnings | (12,211.27) |  |
| Adjustments To Date | 0.00 |  |
|  |  |  |
| Ending Retained Earnings | ($   15,195.35) |  |

SAMUEL BEZAREZ GOMEZ, INC.
Income Statement
Compared with Budget
For the Nine Months Ending September 30, 2010

|  |  | Current Month Actual | Current Month Budget | Current Month Variance |
|---|---|---|---|---|
| Revenues |  |  |  |  |
| Sales #1 | $ | 44,657.57 $ | 65,000.00 | (20,342.43) |
| Interest Income |  | 0.08 | 0.00 | 0.08 |
|  |  |  |  |  |
| Total Revenues |  | 44,657.65 | 65,000.00 | (20,342.35) |
|  |  |  |  |  |
| Cost of Sales |  |  |  |  |
| Cost of Goods Sold #1 |  | 11,674.47 | 23,400.00 | (11,725.53) |
| Cost of Sales-Other |  | 2,086.88 | 1,960.00 | 126.88 |
| Inventory Adjustments |  | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |
| Total Cost of Sales |  | 13,761.35 | 25,360.00 | (11,598.65) |
|  |  |  |  |  |
| Gross Profit |  | 30,896.30 | 39,640.00 | (8,743.70) |
|  |  |  |  |  |
| Expenses |  |  |  |  |
| Amortization Expense |  | 345.67 | 0.00 | 345.67 |
| Auto Expenses |  | 59.90 | 600.00 | (540.10) |
| Bank Charges |  | 854.71 | 1,000.00 | (145.29) |
| Cash Over and Short |  | 0.05 | 100.00 | (99.95) |
| Depreciation Expense |  | 125.00 | 470.64 | (345.64) |
| Dues and Subscriptions Exp |  | 0.00 | 0.00 | 0.00 |
| Interest Expense |  | 46.08 | 0.00 | 46.08 |
| Medical Plan Expense |  | 2,636.90 | 2,600.00 | 36.90 |
| Legal and Professional Expense |  | 0.00 | 800.00 | (800.00) |
| Security Expense |  | 0.00 | 100.00 | (100.00) |
| Maintenance Expense |  | 0.00 | 500.00 | (500.00) |
| Meals and Entertainment Exp |  | 0.00 | 0.00 | 0.00 |
| Office Expense |  | 0.00 | 200.00 | (200.00) |
| Payroll Tax Expense |  | 1,404.07 | 2,270.67 | (866.60) |
| Other Taxes |  | 0.00 | 250.00 | (250.00) |
| Rent or Lease Expense |  | 8,800.00 | 8,800.00 | 0.00 |
| Supplies Expense |  | 0.00 | 0.00 | 0.00 |
| Telephone Expense |  | 0.00 | 1,013.00 | (1,013.00) |
| Salaries Expense |  | 15,116.53 | 17,466.67 | (2,350.14) |
| Utilities Expense |  | 4,491.47 | 2,000.00 | 2,491.47 |
| Other Expense |  | 0.00 | 800.00 | (800.00) |
|  |  |  |  |  |
| Total Expenses |  | 33,880.38 | 38,970.98 | (5,090.60) |
|  |  |  |  |  |
| Net Income | ($ | 2,984.08) $ | 669.02 | (3,653.10) |

# SAMUEL BEZAREZ GOMEZ, INC.
## Statement of Cash Flow
### For the nine Months Ended September 30, 2010

|  | Current Month | Year to Date |
|---|---|---|
| **Cash Flows from operating activities** |  |  |
| Net Income | $ (2,984.08) | $ (15,195.35) |
| Adjustments to reconcile net income to net cash provided by operating activities |  |  |
| Accum. Depreciation - Equipmen | 125.00 | 1,125.00 |
| Accum. Depreciation - Leasehol | 345.67 | 3,111.03 |
| Other Receivables | 0.00 | 5,707.13 |
| A/R Samuel Bezares Gómez | (3,082.70) | (3,082.70) |
| Inventory | 0.00 | 655.00 |
| Sales Tax Payable | 3,126.03 | 3,126.03 |
| Federal Payroll Taxes Payable | 2,320.48 | 2,320.48 |
| FUTA Tax Payable | 94.52 | 94.52 |
| SUTA Payable | 63.80 | 63.80 |
| Income Taxes Payable | 1,728.72 | 1,728.72 |
| Other Taxes Payable | (2,968.11) | 70.89 |
| Total Adjustments | 1,753.41 | 14,919.90 |
| Net Cash provided by Operations | (1,230.67) | (275.45) |
| **Cash Flows from investing activities** |  |  |
| Used For |  |  |
| Net cash used in investing | 0.00 | 0.00 |
| **Cash Flows from financing activities** |  |  |
| Proceeds From |  |  |
| Used For |  |  |
| Net cash used in financing | 0.00 | 0.00 |
| Net increase <decrease> in cash | $ (1,230.67) | $ (275.45) |
| **Summary** |  |  |
| Cash Balance at End of Period | $ 1,433.55 | $ 1,433.55 |
| Cash Balance at Beg of Period | (2,664.22) | (1,709.00) |
| Net Increase <Decrease> in Cash | $ (1,230.67) | $ (275.45) |

Unaudited - For Internal Use Only.

# SAMUEL BEZAREZ GOMEZ, INC.
## Statement of Changes in Financial Position
### For the nine months ended September 30, 2010

|  |  | Current Month |  | Year To Date |
|---|---|---|---|---|
| Sources of Working Capital |  |  |  |  |
| Net Income | $ | (2,984.08) | $ | (15,195.35) |
| Add back items not requiring |  |  |  |  |
| working capital |  |  |  |  |
| Accum. Depreciation - Equipmen |  | 125.00 |  | 1,125.00 |
| Accum. Depreciation - Leasehol |  | 345.67 |  | 3,111.03 |
|  |  |  |  |  |
| Working capital from operations |  | (2,513.41) |  | (10,959.32) |
| Other sources |  |  |  |  |
|  |  |  |  |  |
| Total sources |  | (2,513.41) |  | (10,959.32) |
|  |  |  |  |  |
| Uses of working capital |  |  |  |  |
|  |  |  |  |  |
| Total uses |  | 0.00 |  | 0.00 |
|  |  |  |  |  |
| Net change | $ | (2,513.41) | $ | (10,959.32) |

| Analysis of componants of changes |  |  |  |  |
|---|---|---|---|---|
| Increase <Decrease> in Current Assets |  |  |  |  |
| Cash on Hand | $ | 0.00 | $ | (1,709.00) |
| Regular Checking Account |  | (1,335.05) |  | 526.25 |
| Payroll Checking Account |  | 43.33 |  | 43.33 |
| Taxes Account |  | 61.05 |  | 61.05 |
| Special Account |  | 0.00 |  | 802.92 |
| Other Receivables |  | 0.00 |  | (5,707.13) |
| A/R Samuel Bezares Gómez |  | 3,082.70 |  | 3,082.70 |
| Inventory |  | 0.00 |  | (655.00) |
| <Increase> Decrease in Current Liabilities |  |  |  |  |
| Sales Tax Payable |  | (3,126.03) |  | (3,126.03) |
| Federal Payroll Taxes Payable |  | (2,320.48) |  | (2,320.48) |
| FUTA Tax Payable |  | (94.52) |  | (94.52) |
| SUTA Payable |  | (63.80) |  | (63.80) |
| Income Taxes Payable |  | (1,728.72) |  | (1,728.72) |
| Other Taxes Payable |  | 2,968.11 |  | (70.89) |
|  |  |  |  |  |
| Net change | $ | (2,513.41) | $ | (10,959.32) |